# EXHIBIT 1

ADRIAN MENDOZA

v.

MID-CENTURY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE;  DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,

Case No. To be determined

**DEFENDANTS' EXHIBITS TO PETITION FOR REMOVAL**

# EXHIBIT 1

A COPY OF ALL PROCESS, PLEADINGS AND ORDERS SERVED UPON DEFENDANTS MID-CENTURY INSURANCE COMPANY  AND FARMERS INSURANCE EXCHANGE IN THE STATE COURT

**Electronically Filed**
11/28/2017 10:17 AM
Steven D. Grierson
**CLERK OF THE COURT**

AFFT
Edward M. Bernstein & Associates
Joseph M. Ortuno, Esq.
500 S. Fourth St.
Las Vegas, NV 89101
State Bar No.: 11233
Attorney(s) for: Plaintiff(s)

# DISTRICT COURT
## CLARK COUNTY, NEVADA

Case No.: **A-17-763574-C**
Dept. No.: **XII**
Date:
Time:

**Adrian Mendoza, an individual**
vs
**Mid-Century Insurance Company; et al.**

Plaintiff(s)

Defendant(s)

### AFFIDAVIT OF SERVICE

I, **Joe Ricondo**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **2** copy(ies) of the: **Summons; Complaint; Check (1) for Insurance Commissioner ($30)** on the **21st** day of **November**, **2017** and served the same on the **21st** day of **November**, **2017** at **2:04 P.M.** by serving the **Defendant(s)**, **Farmers Insurance Exchange** by personally delivering and leaving a copy at **Nevada Division of Insurance, 3300 W. Sahara Ave., #275, Las Vegas, NV 89102** with **Rhonda Kelly** as **Legal Secretary** an agent lawfully designated by statute to accept service of process.

State of Nevada, County of __Clark__

SUBSCRIBED AND SWORN to before me on this __21st__ day of __November__, __2017__

Notary Public   **K.E. Murray**

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
K.E. MURRAY
Appt. No. 04-91449-1
My Appt. Expires Sept. 3, 2020

Affiant Joe Ricondo # R-053662

Legal Process Service    License # 604
WorkOrderNo **1708154**

Case Number: A-17-763574-C

SUMM

DISTRICT COURT
CLARK COUNTY, NEVADA
***

| | |
|---|---|
| ADRIAN MENDOZA, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>      Defendants. | CASE NO.: A-17-763574-C<br>DEPT. NO.: XII<br><br><br>SUMMONS |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

FARMERS INSURANCE EXCHANGE

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

_____
JOSEPH M. ORTUNO, ESQ.
Nevada Bar No. 11233
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
(702) 471-5635
NOTE: When service is by publication, add a brief statement of the object of the action.
See Rules of Civil Procedure, Rule 4(b).

STEVEN D. GRIERSON, CLERK OF COURT

By: _Roxana Gomez_____ 11/20/2017
    **Deputy Clerk**           Date
    County Courthouse
    200 Lewis Avenue
    Las Vegas, Nevada 89155

Roxana Gomez

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*


BARBARA D. RICHARDSON
*Commissioner*



**DEPARTMENT OF BUSINESS AND INDUSTRY**
**DIVISION OF INSURANCE**
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009   •   Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

November 27, 2017

Joseph M. Ortuno, Esq.
EDWARD M. BERNSTEIN & ASSOCIATES
500 S. Fourth St.
Las Vegas, NV 89101

RE:   Adrian Mendoza vs. Mid-Century Insurance Company, et al.
      District Court, Clark County, Nevada
      Case No. A-17-763574-C

Dear Mr. Ortuno:

The Division received the service of process documents on November 21, 2017, regarding the above-entitled matter. Service has been completed on Farmers Insurance Exchange this date and enclosed are the following:

1. A copy of our letter to Farmers Insurance Exchange dated November 27, 2017;
2. A certified copy of the Proof of Service dated November 27, 2017; and
3. Your receipt in the amount of $30.00.

Pursuant to *Nevada Revised Statutes (NRS)* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By: _____
RHONDA KELLY
Service of Process Clerk

Enclosures

c:   Farmers Insurance Exchange

BRIAN SANDOVAL
*Governor*

**STATE OF NEVADA**

C.J. MANTHE
*Director*



BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF INSURANCE
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009   •   Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

November 27, 2017

Farmers Insurance Exchange
Attn: Doren Hohl
6301 Owensmouth Ave.
Woodland Hills, CA 91367

RE:  Adrian Mendoza vs. Mid-Century Insurance Company, et al.
     District Court, Clark County, Nevada
     Case No. A-17-763574-C

Dear Mr. Hohl:

Enclosed please find the following documents: Summons and First Amended Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on November 21, 2017.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

                          Sincerely,

                          BARBARA D. RICHARDSON
                          Commissioner of Insurance

            By: *[signature]*
                        RHONDA KELLY
                        Service of Process Clerk

Enclosures

c:  Joseph M. Ortuno, Esq.

**PROOF OF SERVICE**

I hereby declare that on this day I served a copy of the Summons and First Amended Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

>Farmers Insurance Exchange
>Attn: Doren Hohl
>6301 Owensmouth Ave.
>Woodland Hills, CA 91367
>CERTIFIED MAIL NO. 7016 3010 0000 0484 1775

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 27th day of November, 2017.

_____
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   Adrian Mendoza vs. Mid-Century Insurance Company, et al.
      District Court, Clark County, Nevada
      Case No. A-17-763574-C

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 11/27/17   By: _____

-1-

Electronically Filed
11/28/2017 10:17 AM
Steven D. Grierson
**CLERK OF THE COURT**

AFFT
Edward M. Bernstein & Associates
Joseph M. Ortuno, Esq.
500 S. Fourth St.
Las Vegas, NV 89101
State Bar No.: 11233
Attorney(s) for: Plaintiff(s)

# DISTRICT COURT
## CLARK COUNTY, NEVADA

Adrian Mendoza, an individual
vs
Mid-Century Insurance Company; et al.

Plaintiff(s)

Defendant(s)

Case No.: A-17-763574-C
Dept. No.: XII
Date:
Time:

**AFFIDAVIT OF SERVICE**

I, **Joe Ricondo**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received **2** copy(ies) of the: **Summons; Complaint; Check (1) for Insurance Commissioner ($30)** on the **21st** day of **November, 2017** and served the same on the **21st** day of **November, 2017** at **2:04 P.M.** by serving the **Defendant(s)**, **Mid-Century Insurance Company** by personally delivering and leaving a copy at **Nevada Division of Insurance, 3300 W. Sahara Ave., #275, Las Vegas, NV 89102** with **Rhonda Kelly** as **Legal Secretary** an agent lawfully designated by statute to accept service of process.

State of Nevada, County of **Clark**

SUBSCRIBED AND SWORN to before me on this **21st** day of **November**, **2017**

Notary Public  **K.E. Murray**

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
K.E. MURRAY
Appt. No 04-91449-1
My Appt. Expires Sept. 3, 2020

Affiant - Joe Ricondo # R-053662

Legal Process Service   License # 604
WorkOrderNo **1708148**

Case Number: A-17-763574-C

SUMM

Electronically Issued
11/20/2017 2:35 PM

DISTRICT COURT

CLARK COUNTY, NEVADA

\*\*\*

| ADRIAN MENDOZA, an individual, | CASE NO.: A-17-763574-C |
|---|---|
| Plaintiff, | DEPT. NO.: XII |
| vs. | SUMMONS |
| MID-CENTURY INSURANCE COMPANY; FARMERS INSURANCE EXCHANGE; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT(S):** A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

**MID-CENTURY INSURANCE COMPANY**

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of:

/s/ _____

JOSEPH M. ORTUNO, ESQ.
Nevada Bar No. 11233
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
(702) 471-5635

STEVEN D. GRIERSON, CLERK OF COURT

By: /s/ Roxana Gomez                 11/20/2017
    **Deputy Clerk**                 Date
    County Courthouse          Roxana Gomez
    200 Lewis Avenue
    Las Vegas, Nevada 89155

NOTE: When service is by publication, add a brief statement of the object of the action.
See Rules of Civil Procedure, Rule 4(b).

BRIAN SANDOVAL
*Governor*

STATE OF NEVADA

C.J. MANTHE
*Director*

BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF INSURANCE
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3200
(702) 486-4009   •   Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

November 27, 2017

Joseph M. Ortuno, Esq.
EDWARD M. BERNSTEIN & ASSOCIATES
500 S. Fourth St.
Las Vegas, NV 89101

RE:   Adrian Mendoza vs. Mid-Century Insurance Company, et al.
      District Court, Clark County, Nevada
      Case No. A-17-763574-C

Dear Mr. Ortuno:

The Division received the service of process documents on November 21, 2017, regarding the above-entitled matter. Service has been completed on Mid-Century Insurance Company this date and enclosed are the following:

1. A copy of our letter to Mid-Century Insurance Company dated November 27, 2017;
2. A certified copy of the Proof of Service dated November 27, 2017; and
3. Your receipt in the amount of $30.00.

Pursuant to *Nevada Revised Statutes (NRS)* 680A.260, 685A.200, and 685B.050, all documents after initial service of process may be served directly to the party.

If you have any questions regarding this service, please so advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:   *Rhonda Kelly*
      RHONDA KELLY
      Service of Process Clerk

Enclosures

c:   Mid-Century Insurance Company

BRIAN SANDOVAL  
*Governor*

STATE OF NEVADA

C.J. MANTHE  
*Director*

BARBARA D. RICHARDSON  
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY  
DIVISION OF INSURANCE  
3300 West Sahara Avenue, Suite 275  
Las Vegas, Nevada 89102-3200  
(702) 486-4009  •  Fax (702) 486-4007  
Website: doi.nv.gov  
E-mail: insinfo@doi.nv.gov

November 27, 2017

Mid-Century Insurance Company  
Attn: Doren Hohl  
6301 Owensmouth Ave.  
Woodland Hills, CA 91367

RE: Adrian Mendoza vs. Mid-Century Insurance Company, et al.  
District Court, Clark County, Nevada  
Case No. A-17-763574-C

Dear Mr. Hohl:

Enclosed please find the following documents: Summons and First Amended Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on November 21, 2017.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

BARBARA D. RICHARDSON  
Commissioner of Insurance

By: *[signature]*  
RHONDA KELLY  
Service of Process Clerk

Enclosures

c: Joseph M. Ortuno, Esq.

**PROOF OF SERVICE**

I hereby declare that on this day I served a copy of the Summons and First Amended Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> Mid-Century Insurance Company
> Attn: Doren Hohl
> 6301 Owensmouth Ave.
> Woodland Hills, CA 91367
> CERTIFIED MAIL NO. 7016 3010 0000 0484 1768

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 27th day of November, 2017.

*/s/ Rhonda Kelly*
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:   Adrian Mendoza vs. Mid-Century Insurance Company, et al.
      District Court, Clark County, Nevada
      Case No. A-17-763574-C

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original

Date: 11/27/17   By: /s/ Rhonda Kelly

-1-